UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 04CR2889BTM |
| Plaintiff, ) ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AS TO THE DEFENDANTS 1 AND 3 AND RECALL ARREST WARRANT |
| v. ) ) | |
| MANUEL CARRILLO-CARRILLO (1), ) DOMINGO AVALOS-CARRILLO (3), ) ) | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice as to defendants MANUEL CARRILLO-CARRILLO and DOMINGO AVALOS-CARRILLO and the Arrest Warrants be recalled.

IT IS SO ORDERED.

Dated: July 28, 2015

Barry Ted Moskowitz, Chief Judge
United States District Court